

LYNN ROSS
GANNAWAY &
CRANFORD, LLP

ACCEPTED
03-14-00693-CV
4528820
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 1:05:57 PM
JEFFREY D. KYLE
CLERK

306 WEST BROADWAY AVENUE, SUITE 104
FORT WORTH, TEXAS 76104
817.332.8505 MAIN/817.332.8548 FAX
LABORCOUNSEL.NET

March 17, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/17/2015 1:05:57 PM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
Post Office Box 12547
August, Texas 78711

RE:     Court of Appeals Number: 03-14-00693-CV
        Trial Court Case Number: C2014-0928A

Style:  City of New Braunfels; Jan Kotylo, in her official capacity; Pat Clifton, in his
        official capacity; and Fritz Welsch, in his official capacity v. Joseph Tovar

Dear Mr. Kyle:

On behalf of the City of New Braunfels, Jan Kotylo, Pat Clifton and Fritz Welsch, in their official capacities, please find enclosed three (3) copies of the *Brief of Appellants,* as well as three (3) copies of the *Appellants' Reply Brief to Brief of Appellee.* This matter is set for argument on April 22, 2015 at 1:30 P.M.

As always, should you have any questions concerning this matter, please do not hesitate to contact my office.

Very truly,

*/s/ Bettye Lynn*

Bettye Lynn
Lynn@laborcounsel.net
Direct Dial: 817.332.8504

BL/jc

Electronically Serve:
Mr. Chad Hyde, TMPA
6200 La Calma Drive, Suite 200
Austin, Texas 78752
Chad.Hyde@tmpa.org

***Original Documents Sent Via Federal Express, Express Overnight***

